# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Pamela Wood

                        Plaintiff,

v.                                                  Case No.: 1:17–cv–06789

                                                              Honorable Joan H. Lefkow

Monroe & Main, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 4, 2018:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing and motion hearing set for 5/16/2018 stricken. Case dismissed with prejudice, pursuant to Agreed Stipulation of Dismissal With Prejudice [27]. Motion to dismiss [17] moot. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.